IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LADEANA BIDDLE**, *et al*.                                                                                          PLAINTIFFS

v.                                      CASE NO. 4:19-CV-00327-BSM

**WENDY KELLEY,** *et al.*                                                                                          DEFENDANTS

### ORDER

Plaintiffs' complaint [Doc. No. 2] is dismissed without prejudice because they have failed to provide defendants' addresses. Doc. No. 4; *See Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993) (per curiam) (plaintiffs proceeding *in forma pauperis* are responsible for providing defendants' addresses), *cert. denied*, 510 U.S. 875 (1993). Defendants have not been served and the time periods for service or to request an extension for service have expired. *See* Ark. R. Civ. P. 4(i)(1)–(2).

IT IS SO ORDERED this 18th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE