IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LADEANA BIDDLE,** *et al*.                                                 **PLAINTIFFS**

**v.**                       **CASE NO. 4:19-CV-00327-BSM**

**WENDY KELLEY,** *et al.*                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 18th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE